UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES B. JETT,<br><br>Plaintiff<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 14-0276 (APM) |

**JOINT STIPULATION OF DISMISSAL AND PROPOSED ORDER**

The parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate and agree that this action shall be, and is hereby, dismissed with prejudice. The parties further stipulate and agree that, as a result of the dismissal of this action, there will be no further need for the deposition of David M. Hardy in this action pursuant to this Court's March 13, 2017 Memorandum Opinion and Order [Dkt 41]. Therefore, the parties jointly request that the Court approve this Stipulation of Dismissal, to confirm that this discovery deposition is no longer necessary, and to otherwise retain jurisdiction as to the terms and conditions set forth herein.

2. In return for Plaintiff's dismissal with prejudice of all claims that were the subject of his Freedom of Information Act ("FOIA") request, Defendant, Federal Bureau of Investigation ("FBI") shall pay Plaintiff, a lump sum of Thirty-Five Thousand Dollars ($35,000.00) in fees and costs in this matter, within sixty days of the date of this filing.

3. Payment shall be processed by Electronic Funds Transfer, with payment made payable to "Oregon Law Foundation Stotter & Associates LLC Lawyer Trust Account." Plaintiff and Plaintiff's counsel agree to cooperate with Defendant's counsel in promptly providing additional reasonable information needed for requesting the payment and the transmission of these funds. This payment shall be in full and final satisfaction of all Plaintiff's rights and claims in this case, including but not limited to those for attorney's fees, costs, and other litigation expenses in this case, and Defendant shall have no further liability for any amounts.

4. This Joint Stipulation of Settlement shall represent full and complete satisfaction of all claims arising from the allegations set forth in the Complaint filed in this action, including full and complete satisfaction of all claims for costs, attorney's fees, search, review, or processing fees that have been, or could be, made in this case. In particular, this Joint Stipulation of Settlement shall resolve all claims for attorneys' fees and costs, as well as search, review and processing fees incurred by both Plaintiff and Defendant in connection with the administrative Freedom of Information Act process, the District Court litigation process, and any other proceedings involving the claims raised or that could have been raised in this action.

5. This Joint Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the Defendant or the United States or their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation. This Joint Stipulation of Settlement is understood not to preclude or prevent the Plaintiff from seeking, through the applicable Freedom of Information Act, or by other means, any records not sought from the Defendant in the Freedom of Information Act (FOIA) request described in the Complaint filed in this action.

6. This Joint Stipulation of Settlement shall be binding upon and inure to the benefit

of the parties hereto and their respective successors and assigns.

7. The parties agree that this Joint Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendant or the United States, or any agency or instrumentality of the United States, other than any action to enforce the terms of this agreement.

8. Execution of this Joint Stipulation of Settlement by counsel for Plaintiff and by counsel for Defendant and filing on the Court's ECF docket shall constitute a dismissal of this action with prejudice, effective upon filing, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), except that the parties request that the Court enter this stipulation as an Order so as to retain jurisdiction for the sole purpose of enforcing this stipulation.

Respectfully submitted this 9th day of May, 2017.

/s/
DANIEL J. STOTTER (WI0015)
STOTTER & ASSOCIATES LLC
408 SW Monroe Ave., Ste. M210E
Corvallis, Oregon 97333
(541) 738-2601
dstotter@qwestoffice.net
**Attorney for Plaintiff James Jett**

CHANNING D. PHILLIPS
D.C. Bar # 47189
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN,
D.C. Bar #924092
Chief, Civil Division

/s /
BENTON G. PETERSON, Bar # 1029849
Assistant United States Attorney
555 4th Street, N.W. Room E4905
Washington, D.C. 20530
Tel: (202) 252-2534
benton.peterson@usjoj.gov
**Attorney for Defendant Federal Bureau of Investigation**

SO ORDERED, THIS \_\_\_9th\_\_\_ day of \_\_\_May\_\_\_, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE